UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re Zinc Antitrust Litigation

                Plaintiff,

      -against-

                Defendant.
-------------------------------------------------------------

Case No.  1:14-cv-03728-KBF

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Linda P. Nussbaum**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  NY 1594753

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Nussbaum Law Group, P.C.
            FIRM ADDRESS:  570 Lexington Ave, 19th FL, New York, NY10022
            FIRM TELEPHONE NUMBER:  (212) 702-7053
            FIRM FAX NUMBER:  (212) 681-0300

NEW FIRM:    FIRM NAME:  Nussbaum Law Group, P.C.
            FIRM ADDRESS:  1211 Avenue of the Americas, FL 40, NY, NY 10036
            FIRM TELEPHONE NUMBER:  (917) 438-9102
            FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: June 3, 2016

_____
ATTORNEY'S SIGNATURE